**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH CHAPMAN,                                    No. C 13-02434 YGR (PR)

          Petitioner,                        **ORDER OF DISMISSAL**

  v.

F. FOULK, Warden,

          Respondent.
_____/

     This action was opened in error when the Court received a habeas petition form from Petitioner that was intended to be filed in a previously-filed action -- Case No. C 13-2301 YGR (PR). Petitioner had only filed a motion for leave to proceed *in forma pauperis* in Case No. C 13-2301 YGR (PR); therefore, the Clerk of the Court sent a notice to Petitioner informing him that his action could not go forward until he filed with the Court a habeas petition form, completed in full, within twenty-eight days or his action would be dismissed. The Clerk sent Petitioner a blank habeas petition form.

     Petitioner completed and filed the habeas petition form; however, he did not indicate that it was to be filed in Case No. C 13-2301 YGR (PR). Therefore, as mentioned above, a new action was opened.

     Petitioner currently has two separate habeas actions pending, although he meant to file only one action. Accordingly, the Clerk is directed to remove Petitioner's habeas petition form from this action and all other documents filed by Petitioner. The Clerk is then directed to file them in his previously-filed action, Case No. C 13-2301 YGR (PR). The Clerk is further directed to mark his petition and all other documents as filed on the dates they were received by the Court. The Court

1 || will review his petition, *in forma pauperis* application, and any other pending motions in a separate

2 || written Order in Case No. C 13-2301 YGR (PR).

3 ||     The present action is DISMISSED because it was opened in error.  No filing fee is due.  The

4 || Clerk shall close the file.

5 ||     IT IS SO ORDERED.

6 || DATED: _____June 5, 2013_____

7 ||                     **YVONNE GONZALEZ ROGERS**
                      **UNITED STATES DISTRICT COURT JUDGE**

**United States District Court**
For the Northern District of California

G:\PRO-SE\YGR\HC.13\Chapman2434.DISM(error).wpd     2